**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Jose Jonathan Tiscareno v. State of Texas

Appellate case number:   01-19-00199-CR

Trial court case number:  2191444

Trial court:            County Criminal Court at Law No. 6 of Harris County

Date motion filed:      November 12, 2020

Party filing motion:     Appellant

The en banc court has unanimously voted to deny appellant's motion for en banc reconsideration. It is ordered that the motion is **denied**.

Judge's signature: _____/s/ Julie Countiss_____
                         Acting for the En Banc Court

\* En banc court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams.

Date: __December 1, 2020_____